# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

SEALED

| UNITED STATES OF AMERICA | DOCKET NO: 06-319 | MAGIS. NO: |
|---|---|---|

v.

JOHN JAMES

| NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
|---|
| John James |

**FILED**
OCT 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DOB: | PDID: | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | |
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(C); and 21:841(a)(1) and 841(b)(1)(B)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 10/24/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 10/24/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 10-27-06 | NAME AND TITLE OF ARRESTING OFFICER DL. Baldwin SD USM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10-27-06 | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |