UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA        :
                                :   No. 1:06-cr-319-EGS
v.                              :
                                :
JOHN JAMES                      :

Government's Notice of Assignment and Appearance

The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and that AUSA Liebman is entering his appearance as counsel for the government.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by: /s/ Michael C. Liebman
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
353-2385

CERTIFICATE OF SERVICE

I, Michael C. Liebman, an Assistant U.S. Attorney, hereby certify that the foregoing was served on defendant John James by sending a true and correct copy of the same to Michelle Peterson, Esquire, his counsel of record, by fax to 208-7515, on November 1, 2006.

_____
Michael C. Liebman