UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 1:06-cr-319-EGS |
| **v.** : | |
| **JOHN JAMES,** : | |
| **Defendant.** : | |

<u>Consent Motion To Toll Computation Of Time Under Speedy Trial Act</u>

The United States of America, by and through the United States Attorney for the District of Columbia, moves the Court to issue the attached Order to toll the computation of time under the Speedy Trial Act of 1974, as amended, in the matter captioned above.

Counsel for the defendant has stated that the defendant does not oppose this motion.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY

               by: _____
                      Michael C. Liebman
                      Assistant United States Attorney
                      D.C. Bar No. 479562
                      555 Fourth Street, N.W., room 4231
                      Washington, D.C.  20530
                      353-2385
                      michael.liebman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 1:06-cr-319-EGS |
| | : | |
| v. | : | |
| | : | |
| **JOHN JAMES** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon the oral request of the parties to exclude the period from November 9, 2006, to December 13, 2006, inclusive, in computing the time within which the trial must commence in the instant case, the Court finds the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, for the reasons that exclusion will facilitate discovery being provided to the defense and negotiations between the parties toward a possible disposition.

Accordingly, it is hereby ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, as amended, the time period from November 9, 2006, to December 13, 2006, is excluded in computing the time within which this case must proceed to trial.

_____
Emmet G. Sullivan
United States District Judge
District of Columbia