UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 1:06-cr-319-EGS |
| v. | : | |
| | : | **FILED** |
| JOHN JAMES | : | |
| | : | NOV 1 5 2006 |
| Defendant. | : | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**ORDER**

Upon the oral request of the parties to exclude the period from November 9, 2006, to December 13, 2006, inclusive, in computing the time within which the trial must commence in the instant case, the Court finds the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, for the reasons that exclusion will facilitate discovery being provided to the defense and negotiations between the parties toward a possible disposition.

Accordingly, it is hereby ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, as amended, the time period from November 9, 2006, to December 13, 2006, is excluded in computing the time within which this case must proceed to trial.

11/13/06

Emmet G. Sullivan
United States District Judge
District of Columbia

(N)