UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**       :   No. 1:06-cr-319-EGS
                                   :
    **v.**                          :
                                   :
**JOHN JAMES,**                    :
                                   :
    **Defendant.**                  :

<u>Consent Motion To Continue Status Hearing and to Toll Computation
Of Time Under Speedy Trial Act</u>

    The United States of America, by and through the United States Attorney for the District of Columbia, moves the Court to continue the status hearing in the above matter, now scheduled for December 13, 2006, at 12:30 p.m., and to toll the computation of time under the Speedy Trial Act of 1974, as amended (STA), with respect to which a trial must be held, from December 13 to the rescheduled status date.

    The parties are currently engaged in negotiations to resolve this case without a trial.  The defendant is not being held in this matter, and time under the STA was previously tolled from November 9 to December 13.  The interests of justice outweigh the interests of the defendant and the public in a speedy trial, because time is needed for the negotiations to continue.

    Counsel for the defendant has advised that the defendant does not oppose this motion.  The parties request a new status date of sometime in late January or early February 2007.

    A proposed Order is attached.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

by:   _____
          Michael C. Liebman
          Assistant United States Attorney
          D.C. Bar No. 479562
          555 Fourth Street, N.W., room 4231
          Washington, D.C.  20530
          353-2385
          michael.liebman@usdoj.gov

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**        )
                                    )  No. 1:06-cr-319-EGS
      **v.**                           )
                                    )
**JOHN JAMES,**                     )
                                    )
      **Defendant.**                  )

<u>**ORDER**</u>

Upon the unopposed motion of the government to continue the status hearing in this matter and to exclude the period from December 13, 2006, to _____, 2007, inclusive, in computing the time within which the trial must commence in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

ORDERS that the status hearing scheduled for December 13, 2006, is continued to _____, 2007, at _____.

The Court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding from December 13, 2006, to _____, 2007, the time in which a trial must commence, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the STA, the time period from December 13, 2006, to _____, 2007, inclusive, is excluded in computing the time within which the trial in this case must commence.

SO ORDERED.

                                        _____
Emmet G. Sullivan
United States District Judge
District of Columbia

_____
date