UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-cr-319-EGS |
| v. ) | |
| ) | |
| JOHN JAMES, ) | |
| ) | |
| Defendant. ) | |

FILED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon the unopposed motion of the government to continue the status hearing in this matter and to exclude the period from December 13, 2006, to _Jan. 23_, 2007, inclusive, in computing the time within which the trial must commence in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

ORDERS that the status hearing scheduled for December 13, 2006, is continued to _Jan. 23_, 2007, at _12:30 p.m._

The Court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding from December 13, 2006, to _Jan. 23_, 2007, the time in which a trial must commence, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the STA, the time period from December 13, 2006, to _Jan. 23_, 2007, inclusive, is excluded in computing the time within which the trial in this case must commence.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge
District of Columbia

12/11/06
<u>date</u>