UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>John James,<br><br>   Defendant. | )<br>)<br>)<br>)  Criminal No. 06-319 (EGS)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On February 1, 2007, the defendant pleaded guilty to Count 4 of the Indictment. Accordingly, it is hereby

**ORDERED** that the United States Probation Office shall prepare and file a pre-sentence report by no later than **June 25, 2008**; and it is

**FURTHER ORDERED** that the defendant's memorandum of law, if any, shall be filed by no later than **July 23, 2008**; the Government's response and memorandum of law, if any, shall be filed by no later than **August 6, 2008**; the defendant's reply, if any, shall be filed by no later than **August 20, 2008**; and it is

**FURTHER ORDERED** that defendant shall be sentenced in Courtroom 24A, 4th Floor, on **September 8, 2008 at 12:30 p.m.**

   SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          May 23, 2008